JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TODD LEE KINNAMON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUZANE L. HUBBARD, Warden,<br><br>　　　　Respondent. | Case No. CV 11-5735-AHS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 7, 2011

ALICEMARIE H. STOTLER
_____
Alicemarie H. Stotler
United States District Judge