JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TODD LEE KINNAMON, | Case No. CV 11-5735-AHS (MLG) |
|     Petitioner, | JUDGMENT |
|     v. | |
| SUZANE L. HUBBARD, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 7, 2011

ALICEMARIE H. STOTLER
Alicemarie H. Stotler
United States District Judge